Former decision, 562 U.S. 952, 131 S. Ct. 305, 178 L. Ed. 2d 250, 2010 U.S. LEXIS 7765.

**No. D-2474. In the Matter of Disbarment of Bradley R. Marshall.**

562 U.S. 1105, 131 S. Ct. 855, 178 L. Ed. 2d 586, 2010 U.S. LEXIS 9607.

December 13, 2010. Disbarment entered.

Former order, 561 U.S. 1043, 131 S. Ct. 40, 177 L. Ed. 2d 1130, 2010 U.S. LEXIS 5572.

**No. D-2524. In the Matter of Disbarment of Michael Henry Ditton.**

562 U.S. 1105, 131 S. Ct. 855, 178 L. Ed. 2d 586, 2010 U.S. LEXIS 9619.

December 13, 2010. Disbarment entered.

Former order, 562 U.S. 812, 131 S. Ct. 402, 178 L. Ed. 2d 267, 2010 U.S. LEXIS 7543.

**No. 138, Original (R46-006). State of South Carolina, Plaintiff v. State of North Carolina.**

562 U.S. 1126, 131 S. Ct. 855, 178 L. Ed. 2d 586, 2010 U.S. LEXIS 9830.

December 14, 2010. The bill of complaint in the above-entitled case was dismissed today pursuant to this Court's Rule 46.1.

Former decision, 558 U.S. 256, 130 S. Ct. 854, 175 L. Ed. 2d 713, 2010 U.S. LEXIS 765.

**No. 10-5802 (R46-007). Dustin Dalone Markel, aka Neil Douglas Jones, Petitioner v. United States.**

December 16, 2010. The petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit in the above-entitled case was dismissed today pursuant to this Court's Rule 46.

**No. 10-540 (R46-008). Adelphia Recovery Trust, Petitioner v. Bank of America, N.A., et al.**

562 U.S. 1126, 131 S. Ct. 896, 178 L. Ed. 2d 586, 2011 U.S. LEXIS 1.

January 5, 2011. The petition for writ of certiorari to the United States Court of Appeals for the Second Circuit in the above-entitled case was dismissed today pursuant to this Court's Rule 46.

Same case below, 379 Fed. Appx. 10.